1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NIKKITA CHARRESA BARLOW,

11          Plaintiff,                    No. 2:12-cv-01919 KJN

12       v.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

14

15          Defendant.              <u>ORDER</u>
     _____/

16          Plaintiff has requested leave to proceed without the prepayment of fees and costs,

17   also referred to as in forma pauperis, pursuant to 28 U.S.C. § 1915.[1]  Plaintiff has submitted the

18   required affidavit, which demonstrates that plaintiff is unable to prepay fees and costs or give

19   security for them.  Accordingly, the request to proceed in forma pauperis is granted.  <u>See</u>

20   28 U.S.C. § 1915(a).

21          For the foregoing reasons, IT IS HEREBY ORDERED that:

22          1.      Plaintiff's request to proceed in forma pauperis (Dkt. No. 2) is granted.

23          2.      The Clerk of the Court is directed to serve the undersigned's scheduling

24   order in Social Security cases.

25   _____

26          [1]  This case was referred to the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(15) and 28 U.S.C. § 636(c).

                                              1

1       3.      The Clerk of the Court is further directed to serve a copy of this order on

2  the United States Marshal.

3       4.      Within fourteen days from the date of this order, plaintiff shall submit to

4  the United States Marshal an original and five copies of the completed summons, five copies of

5  the complaint, five copies of the scheduling order and a completed USM-285 form, *and shall file*

6  *a statement with the court that such documents have been submitted to the United States*

7  *Marshal.*

8       5.      The United States Marshal is directed to serve all process without

9  prepayment of costs not later than sixty days from the date of this order.  Service of process shall

10  be completed by delivering a copy of the summons, complaint, and scheduling order to the

11  United States Attorney for the Eastern District of California, and by sending two copies of the

12  summons, complaint, and scheduling order by registered or certified mail to the Attorney General

13  of the United States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal

14  shall also send a copy of the summons, complaint, and scheduling order by registered or certified

15  mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security

16  Blvd., Room 611, Altmeyer Bldg., Baltimore, MD 21235.  See Fed. R. Civ. P. 4(i)(2).  *The*

17  *United States Marshal shall thereafter file a statement with the court that such documents have*

18  *been served.*

19       6.      Plaintiff and plaintiff's counsel are advised of Local Rule 110, which

20  provides: "Failure of counsel or of a party to comply with [the court's Local] Rules or with any

21  order of the Court may be grounds for imposition by the Court of any and all sanctions

22  authorized by statute or Rule or within the inherent power of the Court."

23       IT IS SO ORDERED.

24  DATED: July 25, 2012

25

26                      KENDALL J. NEWMAN
                       UNITED STATES MAGISTRATE JUDGE

2