Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| NIKKITA CHARRESA BARLOW, | CASE NO. 2:12-CV-01919-KJN |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before January 30, 2013.

SO ORDERED.

DATE:  December 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE