1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8    **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9

10  NIKKITA CHARRESA BARLOW,               CASE NO. 2:12-CV-01919-KJN

11              Plaintiff,                 **STIPULATION AND ORDER**
                                           **EXTENDING PLAINTIFF'S TIME TO**
12  vs.                                    **FILE A MOTION FOR SUMMARY**
                                           **JUDGMENT**
13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                Defendant.
15  _____/

16       IT IS HEREBY STIPULATED by and between the parties, through their respective

17  undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For

18  Summary Judgment in the above-referenced case is hereby extended from the present due date of

19  January 30, 2013, by seven days, to the new response date of February 6, 2013, and that

20  Defendant's brief will be due March 8, 2013. This extension is requested because the writer's

21  son became suddenly ill so the writer has to tend to her ill son.

    DATED: January 28, 2013
22
                                                    BENJAMIN B. WAGNER
23                                                  United States Attorney
                                                    DONNA L. CALVERT
24                                                  Acting Regional Chief Counsel, Region IX

25
    */s/ Ann M. Cerney*                             */s/ Sundeep R.Patel*
26   ANN M. CERNEY,                                 SUNDEEP R. PATEL,
     Attorney for Plaintiff                         (As authorized via E-mail on 1/29/13)
27                                                  Special Assistant U S Attorney
                                                    Attorneys for Defendant
28
                                              1
    STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8          **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                    —o0o—

10  NIKKITA CHARRESA BARLOW,              CASE NO. 2:12-CV-01919-KJN

11                  Plaintiff,            **ORDER EXTENDING**
                                          **PLAINTIFF'S TIME TO FILE A MOTION**
12  vs.                                   **FOR SUMMARY JUDGMENT**

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                    Defendant.
15  _____/

16        Pursuant to the stipulation of the parties showing good cause for a requested extension of

17  Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

18        Plaintiff shall file her Motion For Summary Judgment on or before February 6, 2013.

19        SO ORDERED.

20  DATED: January 30, 2013

21

22                                        _____
                                          KENDALL J. NEWMAN
23                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2
STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT