Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKITA CHARRESA BARLOW, | CASE NO. 2:12-CV-01919-KJN |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of January 30, 2013, by seven days, to the new response date of February 6, 2013, and that Defendant's brief will be due March 8, 2013. This extension is requested because the writer's son became suddenly ill so the writer has to tend to her ill son.

DATED: January 28, 2013

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney
                                                   DONNA L. CALVERT
                                                   Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                     */s/ Sundeep R.Patel*
ANN M. CERNEY,                    SUNDEEP R. PATEL,
Attorney for Plaintiff               (As authorized via E-mail on 1/29/13)
                                      Special Assistant U S Attorney
                                        Attorneys for Defendant

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8        **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                —o0o—

10 NIKKITA CHARRESA BARLOW,            CASE NO. 2:12-CV-01919-KJN

11              Plaintiff,             **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

12 vs.

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16        Pursuant to the stipulation of the parties showing good cause for a requested extension of

17 Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

18        Plaintiff shall file her Motion For Summary Judgment on or before February 6, 2013.

19        SO ORDERED.

20 DATED: January 30, 2013

21

22                                          _____
                                            KENDALL J. NEWMAN
23                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28