BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105-1545
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    Email: Sundeep.Patel@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NIKKITA CHARRESA BARLOW ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN[1], ) <br> Acting Commissioner of ) <br> Social Security, ) <br>     Defendant. ) <br> _____ ) | NO. 2:12-CV-01919-KJN <br><br> STIPULATION FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE A CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their respective undersigned attorneys, that the time for Defendant to file a Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment is hereby extended until Friday, March 15, 2013 and that Plaintiff's Reply will be due April 5, 2013.  This extension is requested because the case was recently reassigned and Defendant's attorney needs additional time to confer with her client regarding the continued defense of this case.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 7, 2013 | /s/ Ann M. Cerney<br>(as authorized via email)<br>ANN M. CERNEY<br>Attorney for Plaintiff |
| Date: March 7, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By /s/ Sundeep Patel<br>Sundeep Patel<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant Carolyn W. Colvin |

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 7, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE