1   BENJAMIN B. WAGNER
    United States Attorney
2   GRACE M. KIM
    Regional Chief Counsel, Region IX
3   Social Security Administration
    SUNDEEP PATEL
4   Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105-1545
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7       Email: Sundeep.Patel@SSA.gov

8   Attorneys for Defendant

9

                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

12

    NIKKITA CHARRESA BARLOW          )      NO. 2:12-CV-01919-KJN
13              Plaintiff,           )
                                     )      STIPULATION TO VOLUNTARY
14          v.                       )      REMAND PURSUANT TO SENTENCE
                                     )      FOUR OF 42 U.S.C. § 405(g)
15  CAROLYN W. COLVIN[1],            )
    Acting Commissioner of           )
16  Social Security,                 )
                Defendant.           )
17  _____ )

18       IT IS HEREBY STIPULATED by the parties, through their respective undersigned

19  attorneys and with the Court's approval, that the Commissioner of Social Security has agreed to a

20  voluntary remand of this case for further administrative proceedings pursuant to sentence four of

21  42 U.S.C. § 405(g).

22       Upon remand, the Administrative Law Judge (ALJ) shall: obtain evidence from a medical

23  expert to determine whether Claimant has significant deficits in adaptive functioning; further

24

25

26      [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14,
    2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should
27  be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be
    taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security
28  Act, 42 U.S.C. § 405(g).

                                            1

1    evaluate the opinion evidence, including Exhibits 17F, 20F, and 28F of the Administrative

2    Record; and further evaluate Claimant's impairments under Listing 12.05.

3

4                                            Respectfully submitted,

5

6

7    Dated: March 14, 2013               /s/ Ann M. Cerney
                                          (as authorized via email on Mar. 14, 2013)
                                          ANN M. CERNEY
8                                         Attorney for Plaintiff

9

10   Date: March 14, 2013                BENJAMIN B. WAGNER
                                         United States Attorney
11
                                         /s/ Sundeep Patel
12                                       Sundeep Patel
                                         Special Assistant U.S. Attorney
13                                       Attorneys for Defendant Carolyn W. Colvin

14

15                            **ORDER**

16

         Pursuant to the stipulation, IT IS SO ORDERED.
17

18   DATED:  March 18, 2013

19

20   _____
     KENDALL J. NEWMAN
21   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                  2