BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105-1545
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    Email: Sundeep.Patel@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NIKKITA CHARRESA BARLOW ) <br>       Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> CAROLYN W. COLVIN[1], ) <br> Acting Commissioner of ) <br> Social Security, ) <br>       Defendant. ) <br> _____ ) | NO. 2:12-CV-01919-KJN <br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED by the parties, through their respective undersigned attorneys and with the Court's approval, that the Commissioner of Social Security has agreed to a voluntary remand of this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Administrative Law Judge (ALJ) shall: obtain evidence from a medical expert to determine whether Claimant has significant deficits in adaptive functioning; further

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

evaluate the opinion evidence, including Exhibits 17F, 20F, and 28F of the Administrative Record; and further evaluate Claimant's impairments under Listing 12.05.

                              Respectfully submitted,

Dated: March 14, 2013                   */s/ Ann M. Cerney*
                              (as authorized via email on Mar. 14, 2013)
                              ANN M. CERNEY
                              Attorney for Plaintiff

Date: March 14, 2013                    BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Sundeep Patel*
                              Sundeep Patel
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant Carolyn W. Colvin

## **ORDER**

    Pursuant to the stipulation, IT IS SO ORDERED.

DATED:  March 18, 2013

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE