BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP PATEL
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105-1545
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    Email: sundeep.patel@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NIKKITA CHARRESA BARLOW,<br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of<br>Social Security,<br>            Defendant. | NO. 2:12-CV-01919-KJN<br><br>ORDER AWARDING<br>EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS HEREBY ORDERED that attorney's fees under the Equal Access to Justice Act are awarded in the amount of four thousand, three hundred and four dollars ($4,304.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

Dated: June 14, 2013

                                                _____
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1